# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

*BETH ANNE GOODSPEED, KEVIN GOODSPEED*

                         Plaintiff,

                              Civil Action: 1:13-CV-199 (FJS/RFT)

  vs.

PHOENIX INSURANCE COMPANY, *individually and as a member of the St. Paul Travelers Group*

                         Defendant.

_____

APPEARANCES:                    OF COUNSEL:
FOR PLAINTIFF

Conway, Kirby Law Firm            Andrew W. Kirby, Esq.
9 Cornell Road
Latham, New York 12110


FOR DEFENDANT:

Kenny, Shelton Law Firm            Judith Treger Shelton, Esq.
233 Franklin Street                  Lisa A. Bauer, Esq.
Buffalo, New York 14202

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

     The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement within 30 days, following which this action will be discontinued by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is no longer necessary for this action to remain on the court's active docket.

It is therefore hereby

**ORDERED that**

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: October 21, 2013
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge